# BASTROP COUNTY

**SARAH LOUCKS**
DISTRICT CLERK
PHONE (512) 332-7244



P.O. Box 770
Bastrop, Texas 78602
FAX (512) 332-7249

FILED
*February 6, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Date February. 3, 2015

Case Number: 03-14-00494-CR
Trial Court: 15,265

Style:   Isaac Benavidez v. The State of Texas


This letter is to inform the Third Court of Appeals the District Clerk's Office has complied with the Order to send the Appellant a complete copy of the Clerk's record and Court Transcript.


Thank you,

*Etta Wiley*

Etta Wiley
Criminal Clerk, Deputy

RECEIVED
FEB 0 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Mr. Isaac Benavidez
TDCJ # 01945542
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

Mr. Dal Ray Ruggles
Law Office of Dal R. Ruggles
1103 Nueces St.
Austin, TX. 78701

The Honorable Christopher D. Duggan
423rd Judicial District
804 Pecan Street
Bastrop, TX. 78602

The Honorable Billy R. Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX. 78626

Mr. Phil Hall
Assistant Criminal District Attorney
Bastrop County, Texas
804 Pecan Street
Bastrop, TX. 78602

The Honorable Sarah D. Loucks
District Clerk
PO Box 770
Bastrop, TX. 78602

SARAH LOUCKS
DISTRICT CLERK, BASTROP COUNTY
P.O. Box 770
BASTROP, TEXAS 78602

AUSTIN
TX 787
04 FEB '15
PM 5 L

U.S. POSTAGE >> PITNEY BOWES

ZIP 78602 $ 000.48°
02 1W
0001377446 FEB 04 2015

COURT OF APPEALS
THIRD DISTRICT
PO BOX 12547
AUSTIN, TEXAS 78711

78711254747